# EXHIBIT A

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3257**

WRITER'S EMAIL ADDRESS
**joepaunovich@quinnemanuel.com**

March 18, 2025

**VIA EMAIL AND FEDERAL EXPRESS**

Bridget Milot Ren
General Counsel
Protective Industrial Products
26 Computer Drive East
Albany, NY 12205

bmren@pipusa.com

**Re:    PIP BioSoft Earplug Product Claims**

Dear Ms. Ren:

We represent Moldex-Metric, Inc. ("Moldex") and write regarding certain marketing claims made by Protective Industrial Product's ("PIP") in connection with its BioSoft earplug products.  PIP's website, product inserts and other marketing materials include general claims that its BioSoft earplug products are "eco-friendly," "sustainable," "bio-based," part of an "eco-series" and images that suggest that the products are renewable and/or recyclable.  Examples of such claims are shown below:

 

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH




 PIP Global Safety
https://us.pipglobal.com › biosofttechnology ⋮

## Eco-Friendly Reusable Bio-Based Ear Plugs

PIP's marketing also includes specific claims that the products: (1) "decompose 76% in 180 days," (2) emit "5.6 times less $CO_2$ carbon emissions than traditional polyurethane foam earplugs," (3) have only "17.49 lbs carbon equivalent emissions per 10,000 pairs of disposable ear plugs," (4) are "82% bio-based," and (5) offer a comparatively a "lower carbon footprint," "reduce emissions," and are "more environmentally friendly."

Moldex requests by the close of business on April 15, 2025, PIP provide information and documentation evidencing the scientifically substantiation, truth and accuracy of each of the general and specific claims identified above. Providing this information is not optional—it is required by statute. *See* Cal. Bus. & Prof. Code § 17580(b); Cal. Pub. Res. Code § 42357(d); Wash. Rev. Code Ann. § 70A.455.080.

Sincerely,

Joseph M. Paunovich
Counsel for Moldex-Metric, Inc.

cc:   Moldex-Metric, Inc.
      Nathan Archibald, Esq.

2