**EXHIBIT B**



PROTECTIVE
INDUSTRIAL
PRODUCTS, INC.

April 14, 2025

Joseph M. Paunovich
Counsel for Moldex-Metric, Inc.

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Re.: PIP BIOSoft Earplug Product Claims

Dear Joseph M. Paunovich,

We are writing in response to your recent letter dated March 18, 2025 ("Letter") inquiry regarding the compliance of our Earplug Products that were advertised as "Sustainable", "Bio-Based", "Eco-Friendly", etc. with the California Business and Professions Code §17580(b), California Public Resources Code §42357(d), and the Washington Revised Code Title 70A, Environmental Health and Safety §70A.455.080.

After thoroughly reviewing the relevant codes and our practices, we would like to confirm that we have not violated any of the aforementioned regulations. We take great pride in ensuring that our products and operations align with environmental standards and are committed to sustainability and safety.

Regarding our advertising claims you mentioned in your Letter, we would like to clarify the following:

1. Out Earplug Products are manufactured using patented technology called BioSoft™.

2. **Decompose 76% in 180 Days** – BioSoft™ material was tested by DIN CERTCO Gesellschaft für Konformitätsbewertung mbH ALBOINSTRASSE, 56 D-12103 BERLIN from March 2022 to May 2022. This test was performed under EN 13432 (European) industrial standard to the test method MP2214:2016 Rev_0 – Determination of the degree of Mineralization of plastic materials under defined home composting conditions in a pilot scale. This test method is widely considered the most difficult biodegradable test method available. This resulted in a test proving of 76.1% mineralization of BioSoft™ material after 180 days (Test report 21/000129150).

   The EN 13432 is European industrial standard requires biodegradation of 90% of the materials in a commercial composting unit within 180 days. In comparison, the ASTM 6400 standard is the regulatory framework for the United States and sets a threshold of 60% biodegradation within 180 days within commercial composting conditions.

3. **82% Bio-based Content** – We advertise this because a significant portion of our "Bio-Based" line of Earplug Product is made from naturally sourced components, as confirmed by third-party testing (Certificate Number: 4819175934101119423) issued by Beta Analytic, accredited Testing Laboratory. The test results showed that



the product contains 82% biobased carbon content. According to the test, a 100% biobased value would mean all the carbon comes from renewable sources (such as plants or animal by-products), while 0% would indicate that the carbon is derived from fossil fuels. With 82% bio-based content, our earplugs contain a substantial majority of carbon from renewable, naturally sourced materials.

4. **Environmental Impact** – We have also conducted carbon footprint analyses, demonstrating that our earplugs emit 5.6 times less CO2 compared to traditional polyurethane foam earplugs. Furthermore, our product emits only 17.49 lbs carbon equivalent emissions per 10,000 pairs, which further supports our claims of being environmentally friendly.

5. In addition to abovementioned tests, an **Earthworm Acute Toxicity Test** was conducted in 2021 to evaluate the potential toxicity of the test compost containing residuals of the test item, compared to blank compost with no added test item. The compost was certified by OWS NV using ASTM E1676 (AS 4736:2006) methodology. The results showed 98% survival in artificial soil, exceeding the required 90% survival threshold, confirming the test's validity (Test report N. 21/000242602).

   According to AS 4736 (2006), the difference in morbidity or mean weight between test and control compost should not exceed 10%. The test observed more than 90% survival in both test and blank compost mixtures. Additionally, the mean weight of surviving earthworms in test compost was higher compared to those in the blank compost. This indicates that the test compost met the AS 4736 (2006) earthworm toxicity requirements, with no residuals (such as metabolites or undegraded components) negatively impacting earthworm survival or weight.

6. **The Cotoxic Effects on Higher Plants Test** (Test report N. 21/000274306), performed in 2020, is designed to evaluate the potential toxic effects of a substance on plant growth and development. The results demonstrate that both the germination rate and biomass exceed the specifications outlined in UNI EN 13432: 2002. In conclusion, no negative effects were observed on the germination and growth of the tested plants.

We are confident that our business practices continue to adhere to these regulations, and we continue to monitor our processes to ensure ongoing compliance. The attached documents further validate the truth and accuracy of these claims.

Thank you for bringing this matter to our attention. We appreciate your commitment to ensuring regulatory compliance.

Sincerely,

Bridget Milot-Ren
Chief Legal Officer
Protective Industrial Products, Inc.