# EXHIBIT D



July 7, 2025

Joseph M. Paunovich
Counsel for Moldex-Metric, Inc.
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

**Re:    PIP BioSoft Earplug Product Claims**

Dear Mr. Paunovich:

We are writing in response to your letter dated May 16, 2025. Protective Industrial Products, Inc. ("PIP") strongly disputes and disagrees with Moldex Metric, Inc. ("Moldex") that PIP has failed to provide the requested information and documentation as required by law. In an effort to continue the dialogue between the parties with the intention of resolving this matter efficiently, we would like to clarify the main points as outlined below:

1. **Specific Environmental Benefit Claims**
   There is no dispute that PIP commissioned the BioSoft products through a third-party entity, NanoSystems, Inc. ("NanoSystems"). PIP and NanoSystems are bound by an Exclusive Supply and License Agreement, and the materials tested under that agreement are those used in the currently offered BioSoft earplugs.

   PIP confirms that the product(s) and material(s) tested are not different in any way from PIP's current commercially available BioSoft products. Enclosed herein is documentation reporting the radiocarbon (C14) analysis results for the submitted materials, confirming their biobased carbon content and supporting traceability to the tested samples; the attached results are from when PIP retested the foam plugs and the stem component after acquiring the BioSoft product line to verify the accuracy of prior results.

   We strongly disagree with any assertion that PIP's claims are not adequately supported. Specifically:

   ***76% Decomposition Within 180 Days.*** PIP has not claimed that BioSoft is "certified" under EN 13432 or that it fully complies with every criterion of the standard. Instead, PIP has accurately stated that the BioSoft foam was "tested in accordance with EN 13432 methodology." This is supported by independent third-party laboratory documentation,

Protective Industrial Products, Inc.
25 British American Blvd. |  Latham, NY 12110
(800)-262-5755 |  us.pipglobal.com





including test report MP2214:2016 Rev_0 by CHELAB / Mérieux NutriSciences, which explicitly references EN 13432:2000, NF T51-800, and other recognized compostability protocols. The 76.1% mineralization result over 180 days was obtained under validated conditions consistent with EN 13432 Annex A, and the limitations of this result have been disclosed.

PIP acknowledges that this result does not meet the 90% threshold for EN 13432 certification. Accordingly, PIP is updating its public-facing materials to ensure that claims are appropriately qualified and not misleading.

***82% Bio-Based.*** The claim that BioSoft is "82% bio-based" is substantiated by ASTM D6866 testing. The result of 82% ±3% reflects the bio-based carbon content in the foam material. PIP agrees that the presence of petrochemical content in the stem and cord should be clearly disclosed, and we are currently updating our materials to reflect that the tested portion pertains solely to the foam.

***Carbon Emissions.*** PIP acknowledges that while internal calculations related to carbon emissions were explored, we have not published or relied upon quantitative carbon emissions claims in public marketing. Any such statements that may imply verified carbon emissions data will be removed unless supported by appropriate analysis.

2. **General Environment Benefit Claims**

PIP's use of the term "eco-friendly" has always referred to specific, tested environmental attributes and not to general environmental superiority. Specifically, "eco-friendly" has been used to describe:

- The non-toxicity of BioSoft foam in composting environments, based on ecotoxicity testing consistent with EN 13432 and ASTM D6400 protocols;
- The bio-based origin of the carbon content (82–89% as verified by ASTM D6866);
- The absence of negative effects on soil organisms during degradation, supported by third-party ecotoxicity testing.

These tests are not generic toxicity evaluations but are standard, internationally accepted compost safety assessments for evaluating the environmental impact of materials intended for industrial composting systems.





PIP does not claim that BioSoft is universally "eco-friendly" in all environmental contexts (e.g., marine biodegradability, recyclability, or carbon neutrality). Nor does PIP use certification marks (e.g., BPI) or unqualified "compostable" labels in California or other jurisdictions where such terms are regulated by statute.

We recognize the importance of avoiding unqualified broad claims and are actively revising website and marketing materials to ensure compliance with FTC Green Guides and California's Public Resources Code § 42357 et seq.

**Conclusion**

PIP remains committed to transparency, regulatory compliance, and accurate product representation. We appreciate the opportunity to clarify our position and welcome the chance to continue discussions in good faith.

Please let us know if additional documentation or further clarification is required.

Sincerely,

Bridget Milot-Ren, Esq.
Chief Legal Officer
Protective Industrial Products, Inc.
bmren@pipusa.com
(518)-595-1513



**BETA** **Beta Analytic**®
TESTING LABORATORY

Beta Analytic, Inc.
4985 SW 74th Court
Miami, FL 33155 USA
Tel: 305-667-5167
Fax: 305-663-0964
info@betalabservices.com

ISO/IEC 17025:2017-Accredited Testing Laboratory

July 10, 2024

Dan Birch
Protective Industrial Products, Inc.
25 British American Blvd
Latham
NY, 12110
United States

Dear Mr. Birch

Please find enclosed your radiocarbon (C14) report for the material recently submitted. The result is reported as "% Biobased Carbon". This indicates the percentage carbon from "natural" (plant or animal by-product) sources versus "synthetic" (petrochemical) sources . For reference, 100 % Biobased Carbon indicates that a material is entirely sourced from plants or animal by-products and 0 % Biobased Carbon indicates that a material did not contain any carbon from plants or animal by-products. A value in between represents a mixture of natural and fossil sources.

The analytical measurement is cited as "percent modern carbon (pMC)". This is the percentage of C14 measured in the sample relative to a modern reference standard (NIST 4990C). The % Biobased Carbon content is calculated from pMC by applying a small adjustment factor for C14 in carbon dioxide in air today. It is important to note is that all internationally recognized standards using C14 assume that the plant or biomass feedstocks were obtained from natural environments.

Reported results are accredited to ISO/IEC 17025:2017 Testing Accreditation PJLA #59423 standards and all chemistry was performed here in our laboratory and counted in our own accelerators in Miami, Florida.

The international standard method utilized for this analysis is cited under Summary of Results. The standard version used is the latest available as of the date reported (unless otherwise noted). The report also indicates if the result is relative to total carbon (TC) or total organic carbon (TOC). When interpreting the results, please consider any communications you may have had with us regarding the analysis. If you have any questions please contact us. We welcome your inquiries.

Sincerely,

*Zeneida Cernada*
Digital Signature on File

Zeneida Cernada Laboratory Management Group

**BETA**

# Beta Analytic®
## TESTING LABORATORY

Beta Analytic, Inc.
4985 SW 74th Court
Miami, FL 33155 USA
Tel: 305-667-5167
Fax: 305-663-0964
info@betalabservices.com

---

ISO/IEC 17025:2017-Accredited Testing Laboratory

---

**Summary of Results -** % Biobased Carbon Content
ASTM D6866-24 Method B (AMS) TOC

**Certificate Number:** 590871701165151484

**Validation:** *Zeneida Bernada*
Digital Signature on File

| | |
|---|---|
| **Submitter** | Dan Birch |
| **Company** | Protective Industrial Products, Inc. |
| **Date Received** | July 02, 2024 |
| **Date Reported** | July 10, 2024 |
| **Submitter Label** | PF-30 - Revision 2.0   Finished goods in White stem/cord |

**RESULT:** 89 % Biobased Carbon Content  (as a fraction of total organic carbon)

| | |
|---|---|
| **Laboratory Number** | Beta-701165 |
| **Percent modern carbon (pMC)** | 89.15 +/- 0.26 pMC |
| **Atmospheric adjustment factor (REF)** | 99.7; = pMC/0.997 |


Package received - labeling COC


View of content (1mm x 1mm scale)


2772.1mg analyzed (1mm x 1mm scale)

Disclosures: All work was done at Beta Analytic in its own chemistry lab and AMSs. No subcontractors were used. Beta's chemistry laboratory and AMS do not react or measure artificial C 14 used in biomedical and environmental AMS studies. Beta is a C14 tracer-free facility. Validating quality assurance is verified with a Quality Assurance report posted separately to the web library containing the PDF downloadable copy of this report.

---

Precision on the RESULT is cited as +/- 3% (absolute). The cited precision on the analytical measure (pMC) is 1 sigma (1 relative standard deviation). The reported result only applies to the analyzed material. The accuracy of the RESULT relies on the measured carbon in the analyzed material having been in recent equilibrium with $CO_2$ in the air and/or from fossil carbon (more than 40,000 years old) such as petroleum or coal. The RESULT only applies to relative carbon content, not to relative mass content. The RESULT is calculated by adjusting pMC by the applicable "Atmospheric adjustment factor (REF)" cited in this report

# BETA Beta Analytic®
### TESTING LABORATORY

Beta Analytic, Inc.
4985 SW 74th Court
Miami, FL 33155 USA
Tel: 305-667-5167
Fax: 305-663-0964
info@betalabservices.com

ISO/IEC 17025:2017-Accredited Testing Laboratory

**Summary of Results -** % Biobased Carbon Content
ASTM D6866-24 Method B (AMS) TOC

**Certificate Number:** 590871701165151484

**Validation:** *Zeneida Pernada*
Digital Signature on File

| | |
|---|---|
| **Submitter** | Dan Birch |
| **Company** | Protective Industrial Products, Inc. |
| **Date Received** | July 02, 2024 |
| **Date Reported** | July 10, 2024 |
| **Submitter Label** | PF-30 - Revision 2.0   Finished goods in White stem/cord |

**RESULT:** 89 % Biobased Carbon Content  (as a fraction of total organic carbon)

| | |
|---|---|
| **Laboratory Number** | Beta-701165 |
| **Percent modern carbon (pMC)** | 89.15 +/- 0.26 pMC |
| **Atmospheric adjustment factor (REF)** | 99.7; = pMC/0.997 |



- ■ Biobased Carbon
- ■ Fossil Carbon

Precision on the RESULT is cited as +/- 3% (absolute). The cited precision on the analytical measure (pMC) is 1 sigma (1 relative standard deviation). The reported result only applies to the analyzed material. The accuracy of the RESULT relies on the measured carbon in the analyzed material having been in recent equilibrium with $CO_2$ in the air and/or from fossil carbon (more than 40,000 years old) such as petroleum or coal. The RESULT only applies to relative carbon content, not to relative mass content. The RESULT is calculated by adjusting pMC by the applicable "Atmospheric adjustment factor (REF)" cited in this report

**BETA** **Beta Analytic®**
TESTING LABORATORY

Beta Analytic Inc.
4985 SW 74th Court
Miami, FL 33155 USA
Tel: 305-667-5167
Fax: 305-663-0964
info@betalabservices.com

---

ISO/IEC 17025:2017-Accredited Testing Laboratory

---

### % Biobased Carbon Content ASTM D6866-24 Method B (AMS) TOC

**Explanation of Results**

The result was obtained using the radiocarbon isotope (also known as Carbon-14, C14 or 14C), a naturally occurring isotope of carbon that is radioactive and decays in such a way that there is none left after about 45,000 years following the death of a plant or animal. Its most common use is radiocarbon dating by archaeologists. An industrial application was also developed to determine if consumer products and CO2 emissions were sourced from plants/biomass or from materials such as petroleum or coal (fossil-based). By 2003 there was growing demand for a standardized methodology for applying Carbon-14 testing within the regulatory environment. The first of these standards was ASTM D6866-04, which was written with the assistance of Beta Analytic. Since ASTM was largely viewed as a US standard, European stakeholders soon began demanding an equivalent CEN standard while global stakeholders called for ISO standardization.

The analytical procedures for measuring radiocarbon content using the different standards are identical. The only difference is the reporting format. Results are usually reported using the standardized terminology "% biobased carbon". Only ASTM D6866 uses the term "% biogenic carbon" when the result represents all carbon present (Total Carbon) rather than just the organic carbon (Total Organic Carbon). The terms "% biobased carbon" and "% biogenic carbon" are now the standard units in regulatory and industrial applications, replacing obscure units of measure historically reported by radiocarbon dating laboratories e.g. disintegrations per minute per gram (dpm/g) or radiocarbon age.

The result was obtained by measuring the ratio of radiocarbon in the material relative to a National Institute of Standards and Technology (NIST) modern reference standard (SRM 4990C). This ratio was calculated as a percentage and is reported as percent modern carbon (pMC). The value obtained relative to the NIST standard is normalized to the year 1950 AD so an adjustment was required to calculate a carbon source value relative to today. This factor is listed on the report sheet as the terminology "REF".

Interpretation and application of the results is straightforward. A value of 100% biobased or biogenic carbon would indicate that 100% of the carbon came from plants or animal by-products (biomass) living in the natural environment and a value of 0% would mean that all of the carbon was derived from petrochemicals, coal and other fossil sources. A value between 0-100% would indicate a mixture. The higher the value, the greater the proportion of naturally sourced components in the material.

**BETA** **Beta Analytic®**
TESTING LABORATORY

Beta Analytic, Inc.
4985 SW 74th Court
Miami, FL 33155 USA
Tel: 305-667-5167
Fax: 305-663-0964
info@betalabservices.com

ISO/IEC 17025:2017-Accredited Testing Laboratory

July 09, 2024

Dan Birch
Protective Industrial Products, Inc.
25 British American Blvd
Latham
NY, 12110
United States

Dear Mr. Birch

Please find enclosed your radiocarbon (C14) report for the material recently submitted. The result is reported as "% Biobased Carbon". This indicates the percentage carbon from "natural" (plant or animal by-product) sources versus "synthetic" (petrochemical) sources . For reference, 100 % Biobased Carbon indicates that a material is entirely sourced from plants or animal by-products and 0 % Biobased Carbon indicates that a material did not contain any carbon from plants or animal by-products. A value in between represents a mixture of natural and fossil sources.

The analytical measurement is cited as "percent modern carbon (pMC)". This is the percentage of C14 measured in the sample relative to a modern reference standard (NIST 4990C). The % Biobased Carbon content is calculated from pMC by applying a small adjustment factor for C14 in carbon dioxide in air today. It is important to note is that all internationally recognized standards using C14 assume that the plant or biomass feedstocks were obtained from natural environments.

Reported results are accredited to ISO/IEC 17025:2017 Testing Accreditation PJLA #59423 standards and all chemistry was performed here in our laboratory and counted in our own accelerators in Miami, Florida.

The international standard method utilized for this analysis is cited under Summary of Results. The standard version used is the latest available as of the date reported (unless otherwise noted). The report also indicates if the result is relative to total carbon (TC) or total organic carbon (TOC). When interpreting the results, please consider any communications you may have had with us regarding the analysis. If you have any questions please contact us. We welcome your inquiries.

Sincerely,

Digital Signature on File

John Enriquez Laboratory Management Group

**BETA**



**BETA** **Beta Analytic**®
TESTING LABORATORY

Beta Analytic, Inc.
4985 SW 74th Court
Miami, FL 33155 USA
Tel: 305-667-5167
Fax: 305-663-0964
info@betalabservices.com

ISO/IEC 17025:2017-Accredited Testing Laboratory

**Summary of Results -** % Biobased Carbon Content
ASTM D6866-24 Method B (AMS) TOC

**Certificate Number:** 590869701163151484

**Validation:** *Digital Signature on File*

| | |
|---|---|
| **Submitter** | Dan Birch |
| **Company** | Protective Industrial Products, Inc. |
| **Date Received** | July 02, 2024 |
| **Date Reported** | July 09, 2024 |
| **Submitter Label** | STEM - IS1335 |

**RESULT:** 85 % Biobased Carbon Content  (as a fraction of total organic carbon)

| | |
|---|---|
| **Laboratory Number** | Beta-701163 |
| **Percent modern carbon (pMC)** | 84.95 +/- 0.26 pMC |
| **Atmospheric adjustment factor (REF)** | 99.7; = pMC/0.997 |



Package received - labeling COC



View of content (1mm x 1mm scale)



19.9mg analyzed (1mm x 1mm scale)

Disclosures: All work was done at Beta Analytic in its own chemistry lab and AMSs. No subcontractors were used. Beta's chemistry laboratory and AMS do not react or measure artificial C 14 used in biomedical and environmental AMS studies. Beta is a C14 tracer-free facility. Validating quality assurance is verified with a Quality Assurance report posted separately to the web library containing the PDF downloadable copy of this report.

Precision on the RESULT is cited as +/- 3% (absolute). The cited precision on the analytical measure (pMC) is 1 sigma (1 relative standard deviation). The reported result only applies to the analyzed material. The accuracy of the RESULT relies on the measured carbon in the analyzed material having been in recent equilibrium with $CO_2$ in the air and/or from fossil carbon (more than 40,000 years old) such as petroleum or coal. The RESULT only applies to relative carbon content, not to relative mass content. The RESULT is calculated by adjusting pMC by the applicable "Atmospheric adjustment factor (REF)" cited *in* this report

# Beta Analytic®
## TESTING LABORATORY

Beta Analytic, Inc.
4985 SW 74th Court
Miami, FL 33155 USA
Tel: 305-667-5167
Fax: 305-663-0964
info@betalabservices.com

ISO/IEC 17025:2017-Accredited Testing Laboratory

**Summary of Results -** % Biobased Carbon Content
ASTM D6866-24 Method B (AMS) TOC

**Certificate Number:** 590869701163151484

**Validation:** *Digital Signature on File*

| | |
|---|---|
| **Submitter** | Dan Birch |
| **Company** | Protective Industrial Products, Inc. |
| **Date Received** | July 02, 2024 |
| **Date Reported** | July 09, 2024 |
| **Submitter Label** | STEM - IS1335 |

**RESULT:** 85 % Biobased Carbon Content (as a fraction of total organic carbon)

| | |
|---|---|
| **Laboratory Number** | Beta-701163 |
| **Percent modern carbon (pMC)** | 84.95 +/- 0.26 pMC |
| **Atmospheric adjustment factor (REF)** | 99.7; = pMC/0.997 |



- Biobased Carbon
- Fossil Carbon

Precision on the RESULT is cited as +/- 3% (absolute). The cited precision on the analytical measure (pMC) is 1 sigma (1 relative standard deviation). The reported result only applies to the analyzed material. The accuracy of the RESULT relies on the measured carbon in the analyzed material having been in recent equilibrium with $CO_2$ in the air and/or from fossil carbon (more than 40,000 years old) such as petroleum or coal. The RESULT only applies to relative carbon content, not to relative mass content. The RESULT is calculated by adjusting pMC by the applicable "Atmospheric adjustment factor (REF)" cited in this report



Beta Analytic, Inc.
4985 SW 74th Court
Miami, FL 33155 USA
Tel: 305-667-5167
Fax: 305-663-0964
info@betalabservices.com

ISO/IEC 17025:2017-Accredited Testing Laboratory

### % Biobased Carbon Content ASTM D6866-24 Method B (AMS) TOC

**Explanation of Results**

The result was obtained using the radiocarbon isotope (also known as Carbon-14, C14 or 14C), a naturally occurring isotope of carbon that is radioactive and decays in such a way that there is none left after about 45,000 years following the death of a plant or animal. Its most common use is radiocarbon dating by archaeologists. An industrial application was also developed to determine if consumer products and CO2 emissions were sourced from plants/biomass or from materials such as petroleum or coal (fossil-based). By 2003 there was growing demand for a standardized methodology for applying Carbon-14 testing within the regulatory environment. The first of these standards was ASTM D6866-04, which was written with the assistance of Beta Analytic. Since ASTM was largely viewed as a US standard, European stakeholders soon began demanding an equivalent CEN standard while global stakeholders called for ISO standardization.

The analytical procedures for measuring radiocarbon content using the different standards are identical. The only difference is the reporting format. Results are usually reported using the standardized terminology "% biobased carbon". Only ASTM D6866 uses the term "% biogenic carbon" when the result represents all carbon present (Total Carbon) rather than just the organic carbon (Total Organic Carbon). The terms "% biobased carbon" and "% biogenic carbon" are now the standard units in regulatory and industrial applications, replacing obscure units of measure historically reported by radiocarbon dating laboratories e.g. disintegrations per minute per gram (dpm/g) or radiocarbon age.

The result was obtained by measuring the ratio of radiocarbon in the material relative to a National Institute of Standards and Technology (NIST) modern reference standard (SRM 4990C). This ratio was calculated as a percentage and is reported as percent modern carbon (pMC). The value obtained relative to the NIST standard is normalized to the year 1950 AD so an adjustment was required to calculate a carbon source value relative to today. This factor is listed on the report sheet as the terminology "REF".

Interpretation and application of the results is straightforward. A value of 100% biobased or biogenic carbon would indicate that 100% of the carbon came from plants or animal by-products (biomass) living in the natural environment and a value of 0% would mean that all of the carbon was derived from petrochemicals, coal and other fossil sources. A value between 0-100% would indicate a mixture. The higher the value, the greater the proportion of naturally sourced components in the material.