# EXHIBIT E

**From:** **Airgas** orders@e.airgas.com
**Subject:** Your Airgas Order# 1141194698 Has Been Placed - P.O.# 3108376500~
**Date:** July 18, 2025 at 9:56 AM
**To:** biancas@moldex.com



View your order details.



**Follow Us:**



Create an Account | Contact Us | Find a Branch

# Thank You Bianc A Slagle

Your order has been received and is being processed. Please review the order and shipping details. If you have any questions, please contact us.

See details below.

| | | | |
|---|---|---|---|
| **User:** | biancas@moldex.com | **Ordered Date:** | 07/18/2025 |
| **Ordered By:** | Bianc a Slagle | **Payment Terms:** | CASH/ CHECK/ CREDIT CARD |
| **Order #:** | 1141194698 | **Purchase Order #:** | 3108376500~ |

### Sold to:

**Address:** Moldex-metric, Inc.
10111 Jefferson Blvd
Culver City, CA 90232-3509 US

### Shipped to:

**Address:** Moldex-metric, Inc.
10111 Jefferson Blvd
Culver City, CA 90232-3509 US

## Account Contact Emails

biancas@moldex.com, online.orders@airgas.com

**ERPG MEGA
BLLT BIO 32
NRR MLT COL**

Part #:    PIPBSF-1

| | | | |
|---|---|---|---|
| **Qty:** | 1 | **Currency Unit:** | USD |
| **UOM:** | BX | **Unit Price:** | 36.99 per 1 BX |
| | | **Ext Price:** | 36.99 |
| | | **Est. Ship Date:** | NA |

**ERPG
PINCHFIT 32
NRR MLT COL**

Part #:    PIPPF-1

| | | | |
|---|---|---|---|
| **Qty:** | 1 | **Currency Unit:** | USD |
| **UOM:** | BX | **Unit Price:** | 52.94 per 1 BX |
| | | **Ext Price:** | 52.94 |
| | | **Est. Ship Date:** | NA |

| | |
|---|---|
| **Shipping & Handling:** | $12.95 |
| **Subtotal:** | $102.88 |

| | |
|---|---|
| Taxes: | $9.44 |
| **Discount:** | $0.00 |
| **Order Total:** | **$112.32** |

**Questions About Your Order?**

Call us at 1-866-935-3370 or email:
wecanhelp@airgas.com

**Sign up for Airgas Updates**

Receive the latest news about our broad offering of gases, products and services. Sign up today!

**\*Actual charges such as delivery, special handling, hazardous material, taxes or other charges may be added to the cost of this order as required.**
**\*\*Cylinder rental may apply and will be billed separately at the end of each month until the cylinder is returned.**

This email was sent to as an Airgas customer to provide you with updates and information about your Airgas relationship.

For more information regarding our Privacy Policy, read more.

Replies to this email message will not be read or responded to.
To contact Airgas, please call us at: 866-935-3370 or email wecanhelp@airgas.com.
Representatives are available M-F, between 8am and 7pm ET.