**EXHIBIT F**

**From:** _web_fulfillment webfulfillment@fastenal.com
**Subject:** Fastenal.com Order WPIZ1XZBZUDRM/440333-AD
**Date:** July 18, 2025 at 11:25 AM
**To:** biancas@moldex.com

Hello,

Just to give you an update, your order is shipping direct to you from one of our manufacturers.  According to the manufacturer's estimate, the order should ship within the next few days.

If you have any questions, please let me know.

Thank you!

**FASTENAL**

**eCommerce Order Fulfillment Team**
webfulfillment@fastenal.com
**Cancellation and Returns**

Fastenal must approve cancellation of any order prior to shipment. Orders for special or non-standard Products (not in Fastenal's catalog) may not be cancelled or returned. **Any returns for shipping errors, damage or loss upon delivery must be reported within 10 days of the delivery date.** Except as otherwise agreed, Products will not be accepted for return after 30 days from the date of delivery to the Purchaser. Any cancellation or returns accepted after 30 days may be subject to a restocking fee and other charges, for which the Purchaser shall be responsible. Fastenal does not take title to the returned Product and risk of loss remains with Purchaser until the returned Products are received by Fastenal.   All returns should be made to a Fastenal branch or as otherwise designated by Fastenal, and must be in resalable condition and accompanied with the applicable Invoice.