**EXHIBIT G**

**From:** ECOMM@stores.fastenal.com
**Subject:** Fastenal Order Confirmation (WPIZ1XZBZUDRM)
**Date:** July 18, 2025 at 10:04 AM
**To:** biancas@moldex.com





## Order Confirmation

| | | |
|---|---|---|
| **Confirmation Number:** | WPIZ1XZBZUDRM | |
| **Order Date:** | 18-Jul-25 | |
| **Account Number:** | ECOMMCASH | |
| **Shipping Method:** | UPSG | |
| **Cust PO:** | N/A | |
| **Release/Job Number:** | N/A | |
| **Payment Method:** | Visa ending in 1688 | |

**Billing Information**
10111 Jefferson Boulevard
CULVER CITY, CA 90232

**Servicing Branch**
ECOMM
5851 Guion Rd
INDIANAPOLIS, IN 4625‹
P: 877/507-7555
ecomm@stores.fastenal.
N/A

**Order Comments:**
Delivery

**Shipping Information**
Bianca Slagle
10111 Jefferson Boulevard
CULVER CITY, CA 90232

**View Order Status**

**Pickup Contact**
Bianca Slagle
biancas@moldex.com
3108376500

| Line | Qty | Item(s) | | Shipping Method | UOM | Price/UOM | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | **SKU** 923775956 <br> One Size Fits Most 32 dB NRR Tapered Orange / Yellow BioBased Foam Disposable Earplugs 100Ct | Delivery: UPSG | Each | $70.6200 | $70.62 |
| 2 | 1 | | **SKU** 923775955 <br> One Size Fits Most 32 dB NRR Bullet Green / White BioBased Foam Disposable Earplugs | Delivery: UPSG | Each | $59.7500 | $59.75 |

| | | |
|---|---|---|
| Estimated Shipping & Handling (UPSG - UPS Ground Service): | | $14.50 |
| Total Tax: | | $14.85 |
| **\*Estimated Total (USD):** | | **$159.72** |

*\*Estimated price is subject to change due to possible shipping charges, unknown product prices, and/or negotiated contract pricing.*

Copyright © 2025 Fastenal Company. All Rights Reserved.