# EXHIBIT H

# PIP

**Packing List**

## 8331 FRONTAGE ROAD
## OLIVE BRANCH MS 38654
## 855-284-6800  Fax 518-861-0144

07/18/25   S6416557.001

Shipping From:
PROTECTIVE INDUSTRIAL PRODUCTS
8331 FRONTAGE ROAD
OLIVE BRANCH MS 38654
855-284-6800  Fax 518-861-0144

1

SOLD TO:
FASTENAL COMPANY PURCHASING
PO BOX 529
WINONA, MN   55987

SHIP TO:
BRANCH CASH ACCOUNT
10111 JEFFERSON BOULEVARD
CULVER CITY, CA 90232



170961     ECD277991                          POS Account

NEW.EDI.ECOM.INDUSTRIA FASTENAL COLLECT   Shp 1OB              07/18/25

```
********* Shipping Instructions **********
*                                        *
* FOB: Prepaid but Charged to Customer   *
* ROUTING: UPSG - UPS GROUND SERVICE     *
* Carrier Acct # : 440VY9                *
* ***** SHIPPING INSTRUCTIONS *****      *
* BRANCH CASH ACCOUNT                    *
* 10111 Jefferson Boulevard              *
* CULVER CITY, CA   90232                *
******************************************
******************************************
```

1bx     1bx BSF-1
            MEGA BULLET-BIO EAR PLUGS,
            Your # 923775955
            1

1bx     1bx PF-1
            PINCHFIT-BIO EAR PLUGS, UNCORDED,
            Your # 923775956
            2

Delivery shortages must be noted on all paperwork at time of delivery to ensure proper credit
WARNING: This shipment left our dock in perfect condition.
UPON ARRIVAL, PLEASE INSPECT FOR DAMAGE AND INCORRECT QUANTITY BEFORE
SIGNING FREIGHT RECEIPT.
YOU MUST RECORD IMMEDIATELY ON DRIVER'S DELIVERY RECEIPT:
   * Any Damage To Contents      * If Shrink Wrap Was Broken