**EXHIBIT I**

| BETA NO. | SUBMITTER NO. | Product | MATERIAL CATEGORY | pMC | % BIO CARBON | DOWNLOAD REPORTS | RECEIVED REPORT COMPLETED |
|---|---|---|---|---|---|---|---|
| 764988 | BSB-A | Bullet | Biobased Product Testing | 13.92 +/- 0.09 pMC | 14 | 08/12/2025 00:00 | 08/05/2025 00:00 |
| 764989 | BSB-B | Bullet | Biobased Product Testing | 36.37 +/- 0.12 pMC | 37 | 08/12/2025 00:00 | 08/05/2025 00:00 |
| 764992 | BSPFB-A | Pinch fit, stem and foam plug* | Biobased Product Testing | 38.24 +/- 0.14 pMC | 38 | 08/12/2025 00:00 | 08/05/2025 00:00 |
| 764995 | BSPFB-B | Pinch fit, stem and foam plug | Biobased Product Testing | 10.99 +/- 0.08 pMC | 11 | 08/12/2025 00:00 | 08/05/2025 00:00 |
| 764991 | BSPFF-A | Pinch fit, foam plug* | Biobased Product Testing | 38.24 +/- 0.13 pMC | 38 | 08/12/2025 00:00 | 08/05/2025 00:00 |
| 764994 | BSPFF-B | Pinch fit, foam plug | Biobased Product Testing | 14.23 +/- 0.08 pMC | 14 | 08/12/2025 00:00 | 08/05/2025 00:00 |
| 764990 | BSPFS-A | Pinch fit, stem* | Biobased Product Testing | 39.72 +/- 0.15 pMC | 40 | 08/12/2025 00:00 | 08/05/2025 00:00 |
| 764993 | BSPFS-B | Pinch fit, stem | Biobased Product Testing | 5.37 +/- 0.06 pMC | 5 | 08/12/2025 00:00 | 08/05/2025 00:00 |

Note:

A = Supplier A

B = Supplier B

* = Final Fit