QUINN EMANUEL URQUHART & SULLIVAN, LLP
Joseph M. Paunovich (Bar No. 228222)
joepaunovich@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Fax: (213) 443-3100

Kade A. Allred (*pro hac vice*)
kadeallred@quinnemanuel.com
2755 E. Cottonwood Pkwy., Suite 520
Salt Lake City, UT 84121
Telephone: (801) 515-7300
Fax: (801) 515-7400

*Attorneys for Plaintiff Moldex-Metric. Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOLDEX-METRIC, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROTECTIVE INDUSTRIAL PRODUCTS, INC., a New York corporation,<br><br>Defendant. | Case No. 2:25-cv-08931-FMO-E<br><br>**MOLDEX-METRIC, INC.S APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: April 24, 2026<br>Time: 9:30 a.m.<br>Courtroom: 750<br><br>Discovery: July 20, 2026<br>Trial Date: February 9, 2027 |

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5.2.2(b), Plaintiff Moldex-Metric, Inc. ("Moldex") submits this application to the Court for an order sealing the materials described below that are filed in connection with Moldex's Motion and Local Rule 37-2 Joint Stipulation Regarding Plaintiff's Requests for Production ("Moldex's Motion"). This application pertains to the following items:

- Moldex's Motion, as it has one redaction based on PIP's designation of the accompanying Exhibit 10 as being "CONFIDENTIAL";
- Exhibit 10 to the Declaration of Allison K. Ozurovich in Support of Protective Industrial Products, Inc's Response to Plaintiff Moldex-Metric, Inc.'s Notice of Motion and Local Rule 37-2 Joint Stipulation Regarding Plaintiff's Requests for Production;
- Exhibit 13 to the Declaration of Allison K. Ozurovich in Support of Protective Industrial Products, Inc's Response to Plaintiff Moldex-Metric, Inc.'s Notice of Motion and Local Rule 37-2 Joint Stipulation Regarding Plaintiff's Requests for Production;
- Exhibit 14 to the Declaration of Allison K. Ozurovich in Support of Protective Industrial Products, Inc's Response to Plaintiff Moldex-Metric, Inc.'s Notice of Motion and Local Rule 37-2 Joint Stipulation Regarding Plaintiff's Requests for Production;
- Exhibit 15 to the Declaration of Allison K. Ozurovich in Support of Protective Industrial Products, Inc's Response to Plaintiff Moldex-Metric, Inc.'s Notice of Motion and Local Rule 37-2 Joint Stipulation Regarding Plaintiff's Requests for Production.

As described above, the materials sought to be filed under seal contain and reflect information that Defendant has designated "CONFIDENTIAL." Pursuant to Local Rule 79-5.2.2, Defendant, as the Designating Party, will file a declaration in support of this Application within four days. For the foregoing reasons, Moldex respectfully requests that the Court grant this Application to File Under Seal.

Dated: March 24, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Joseph M. Paunovich*
Joseph M. Paunovich (Bar No. 228222)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Fax: (213) 443-3100
joepaunovich@quinnemanuel.com

Kade A. Allred (*pro hac vice*)
kadeallred@quinnemanuel.com
2755 E. Cottonwood Pkwy., Suite 520
Salt Lake City, UT 84121
Telephone: (801) 515-7300
Fax: (801) 515-7400

*Attorneys for Plaintiff Moldex-Metric, Inc.*