Jay Bhimani (SBN 267689)
jay.bhimani@dechert.com
Allison K. Ozurovich (SBN 312797)
allie.ozurovich@dechert.com
Allison M. DeJong (SBN 363033)
allison.dejong@dechert.com
DECHERT LLP
633 W. 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Attorneys for Defendant*
*Protective Industrial Products, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MOLDEX-METRIC, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>PROTECTIVE INDUSTRIAL PRODUCTS, INC.,<br><br>           Defendant. | Case No. 2:25-cv-08931 FMO (Ex)<br><br>District Judge Hon. Fernando M. Olguin<br>Magistrate Judge Hon. Charles F. Eick<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT PROTECTIVE INDUSTRIAL PRODUCT, INC.'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date: June 19, 2026<br>Courtroom: 750 |

The Court, having considered Defendant Protective Industrial Product, Inc. ("PIP")'s Application for Leave to File Documents Under Seal, hereby **GRANTS** PIP's Application and **ORDERS** the following documents to be filed under seal or in redacted form and kept under seal or in redacted form until further order of the Court:

| DOCUMENT | MATERIAL TO BE SEALED |
|---|---|
| Supplemental Memorandum | Proposed redactions highlighted in separately filed copy. |
| Exhibit 21 – internal testing data | Sealed in its entirety |

**IT IS SO ORDERED** this *15th* day of June, 2026.



The Honorable Charles F. Eick
United States Magistrate Judge

---

1

[PROPOSED] ORDER GRANTING PIP'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL