Jay Bhimani (SBN 267689)
jay.bhimani@dechert.com
Allison K. Ozurovich (SBN 312797)
allie.ozurovich@dechert.com
Allison M. DeJong (SBN 363033)
allison.dejong@dechert.com
DECHERT LLP
633 W. 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Attorneys for Defendant Protective Industrial
Products, Inc.*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MOLDEX-METRIC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PROTECTIVE INDUSTRIAL PRODUCTS, INC.,<br><br>Defendant. | Case No. 2:25-cv-08931 FMO (Ex)<br><br>**JOINT STATUS REPORT RE: SETTLEMENT**<br><br>Complaint Filed: September 18, 2025<br>FAC Filed: December 12, 2025<br>Fact Discovery Cutoff: July 20, 2026<br>Trial Date:  February 9, 2027 |

JOINT STATUS REPORT RE: SETTLEMENT

Plaintiff Moldex-Metric, Inc. ("Moldex") and Defendant Protective Industrial Products, Inc. ("PIP") hereby submit this joint status report regarding settlement in accordance with the Court's Scheduling and Case Management Order Re: Jury Trial (ECF No. 36). The Scheduling and Case Management Order Re: Jury trial requires this status report to "describe the efforts made by the parties to resolve the dispute informally, i.e., the occasions and dates when the parties participated in mediation or settlement conferences." (*Id.* at 11-12.) It also requires this status report to "include the name of the settlement officer who assisted the parties with their settlement conference." (*Id.* at 12.) Accordingly, the parties state that they participated in a mediation on March 26, 2026 with Mr. Elliot Brown, a mediator with Phillips ADR Enterprises. Since the mediation, the parties have had numerous discussions with Mr. Brown in an effort to continue a dialogue regarding resolution. Despite these efforts, the parties have not been able to reach a resolution.

Dated: July 9, 2026

Respectfully submitted,
DECHERT LLP

By:  /s/ *Jay Bhimani*
Jay Bhimani (SBN 267689)
jay.bhimani@dechert.com
Allison K. Ozurovich (SBN 312797)
allie.ozurovich@dechert.com
Allison M. DeJong (SBN 363033)
allison.dejong@dechert.com
633 W. 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

Craig Castiglia (pro hac vice)
craig.castiglia@dechert.com
2929 Arch Street
Philadelphia, PA 19104-2802
Telephone: (215) 994-4000

*Attorneys for Defendant Protective Industrial Products, Inc.*

1

Dated: July 9, 2026

Respectfully submitted,
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ *Joseph M. Paunovich*
Joseph M. Paunovich (Bar No. 228222)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
joepaunovich@quinnemanuel.com

Frank C. Calvosa (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 848-7000
Fax: (212) 849-7100
frankcalvosa@quinnemanuel.com

Kade A. Allred (*pro hac vice*)
kadeallred@quinnemanuel.com
2755 E. Cottonwood Pkwy., Suite 520
Salt Lake City, UT 84121
Telephone: (801) 515-7300
Fax: (801) 515-7400

*Attorneys for Plaintiff Moldex-Metric, Inc.*

JOINT STATUS REPORT RE: SETTLEMENT