Jay Bhimani (SBN 267689)
jay.bhimani@dechert.com
Allison K. Ozurovich (SBN 312797)
allie.ozurovich@dechert.com
Allison M. DeJong (SBN 363033)
allison.dejong@dechert.com
DECHERT LLP
633 W. 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

[*Additional Counsel on Signature Page*]

*Attorneys for Defendant*
*Protective Industrial Products, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MOLDEX-METRIC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PROTECTIVE INDUSTRIAL PRODUCTS, INC.,<br><br>Defendant. | Case No. 2:25-cv-08931 FMO (Ex)<br><br>District Judge Hon. Fernando M. Olguin<br>Magistrate Judge Hon. Charles F. Eick<br><br>**ORDER GRANTING STIPULATION [146] REGARDING DEFENDANT PROTECTIVE INDUSTRIAL PRODUCTS, INC.'S DEADLINE TO OPPOSE PLAINTIFF MOLDEX-METRIC, INC.'S MOTION FOR SANCTIONS**<br><br>Complaint Filed: September 18, 2025<br>FAC Filed: December 12, 2025<br>Fact Discovery Cutoff: July 20, 2026<br>Trial Date:  February 9, 2027 |

# **ORDER**

WHEREAS, the Court, having reviewed the parties' Joint Stipulation Regarding Defendant Protective Industrial Products, Inc.'s ("PIP") Deadline to Oppose the motion for sanctions (the "Motion") filed by Plaintiff Moldex-Metric, Inc. ("Moldex"), and good cause appearing thereon, hereby ORDERS as follows:

1.    The August 6, 2026 hearing date on the Sanctions Motion is continued to September 3, 2026, at 10:00 a.m.

2.  PIP's opposition to the Motion shall be due on July 30, 2026.

3.  Moldex's reply in support of the Motion shall be due on August 20, 2026.

Dated: July 10, 2026

/s/

_____

Hon. Fernando M. Olguin
U.S. District Judge

-1-
ORDER REGARDING PIP'S DEADLINE TO OPPOSE PLAINTIFF'S MOTION FOR SANCTIONS